# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| NICOLE JENAE ELLIOTT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-CV-04077-WJE |
| WILLIAM WOODS UNIVERSITY, et al., | ) |
| Defendants. | ) |

## VOLUNTARY DISMISSAL

Comes now Plaintiff Nicole J. Elliott, by and through her attorneys, Bandré Hunt & Snider, LLC, hereby dismisses her Complaint against Defendants in the above cause, with prejudice.

Respectfully submitted,
**BANDRÉ HUNT & SNIDER, LLC**

\s\ *David G. Bandré*
David G. Bandré     #44812
227 Madison Street
Jefferson City, Missouri 65101
Telephone:   (573) 635-2424
Facsimile:   (573) 635-2010
dave@bhslawmo.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system this 3 day of June, 2025, to all parties of record.

\s\ *David G. Bandré*
David G. Bandré